UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSE SANTIAGO, | ) |
| Plaintiff, | ) |
| | ) 3:11-cv-00829-ECR-VPC |
| vs. | ) |
| | ) **ORDER** |
| N.D.O.C, *et al.*, | ) |
| Defendants. | ) |

This is a *pro se* civil rights action filed pursuant to 42 U.S.C. § 1983. On December 28, 2011, the court issued an order denying plaintiff's motion to proceed *in forma pauperis* because the motion was incomplete. (ECF No. 3.) The court expressly warned plaintiff that his failure to timely comply with this court's order could result in dismissal of this action. The order was served on plaintiff at his address of record.

More than the allotted time has elapsed and plaintiff has not responded to the court's order in any manner. Accordingly, this entire action is dismissed for failure to comply with the court's order.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED without prejudice** for the failure of plaintiff to obey this court's order of December 28, 2011.

**IT IS FURTHER ORDERED** that the clerk shall **ENTER JUDGMENT** accordingly and close this case.

DATED this 10th day of April, 2012.

*Edward C. Reed.*
_____
UNITED STATES DISTRICT JUDGE