AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*    DISTRICT OF    NEVADA

JOSE SANTIAGO,

    Plaintiff,     JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER:  **3:11-cv-00829-ECR-VPC**

N.D.O.C., et al.,

    Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** this action is **DISMISSED without prejudice** for the failure of plaintiff to obey this court's order of December 28, 2011.

April 10, 2012                            **LANCE S. WILSON**
                                                                   Clerk

                                                                  /s/ D. R. Morgan
                                                                  Deputy Clerk